### NEIL *et al. v.* DOW LAW BANK *et al.*

BECK, J. Where an equitable petition is defective because of a misjoinder of parties, the same is subject to a special demurrer filed at the first term; but the petition should not be dismissed on a motion in the nature of a general demurrer made at the trial term and based upon this ground alone. *Tice* v. *Georgia Railroad &c. Co.,* 124 *Ga.* 459 (52 S. E. 916). *Judgment reversed. All the Justices concur.*
MAY 15, 1912.

Equitable petition. Before Judge Felton. Houston superior court. April term, 1911.

*H. A. Mathews,* for plaintiffs. *Miller & Jones,* for defendants.

---

### CENTRAL OF GEORGIA RAILWAY COMPANY *v.* WAXELBAUM.

BECK, J. Under the evidence and pleadings there was no abuse of its discretion by the court below in granting an interlocutory injunction in the case. *Judgment affirmed. All the Justices concur.*
MAY 15, 1912.

Injunction. Before Judge Felton. Bibb superior court. September 29, 1911.

*Ellis & Jordan,* for plaintiff in error. *Jesse Harris,* contra.